UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BENITO BENITEZ TREJO,

Petitioner,

v. Case No.: 2:26-cv-01332-SPC-NPM

WARDEN OF FLORIDA SOFT SIDE SOUTH *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Benito Benitez Trejo's Opposed Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 17) and the government's Motion to Hold Petitioner's Motion in Abeyance or in the Alternative for an Extension of Time to File a Response (Doc. 19). Benitez Trejo is the prevailing party in this habeas action, and he asks the Court to award attorney fees under the EAJA. On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios v. Liggins*, No. 25-1223. In that case, the Court will decide whether EAJA fee awards are available in habeas challenges to immigration detention. The Court finds it appropriate to hold Benitez Trejo's EAJA motion in abeyance until the Supreme Court answers that potentially dispositive question.

Accordingly, the government's motion (Doc. 19) is **granted**, and Benitez Trejo's motion (Doc. 17) is held in abeyance. If Benitez Trejo believes he is entitled to attorney fees under the EAJA following the Supreme Court's

decision in *Montoya Palacios*, he shall file a renewed motion explaining why. If Benitez Trejo files a renewed motion, the government shall respond within 14 days. If Benitez Trejo does not renew his motion, the Court will not award fees under the EAJA.

**DONE AND ORDERED** in Fort Myers, Florida on September 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record